1

2

3

4                             UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    DAYANA MEDINA,                              Case No. 19-cv-04284-HSG

              Plaintiff,

8                                               **ORDER ADOPTING MAGISTRATE
         v.                                     JUDGE'S REPORT AND
9                                               RECOMMENDATION REGARDING
     WELLS FARGO & COMPANY, et al.,             REMAND TO STATE COURT**
10
              Defendants.                       Re: Dkt. Nos. 8, 18, 21
11

12          The Court has reviewed Magistrate Judge Kim's Report and Recommendation in Favor of

13   Granting the pending Motion to Remand, *see* Dkt. No. 18, as well as Defendant Wells Fargo

14   Bank, N.A.'s objection to the report, styled as a motion for de novo determination, *see* Dkt. No.

15   21.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every

16   respect.  Accordingly,

17          **IT IS HEREBY ORDERED** that the Motion to Remand is **GRANTED**.  The Clerk is

18   directed to remand this case to the Alameda County Superior Court and close the file.

19          **IT IS SO ORDERED.**

20   Dated:  11/21/2019

21

22

23                                              HAYWOOD S. GILLIAM, JR.
                                                United States District Judge
24

25

26

27

28